FILED

2017 MAR 14 AM 11: 50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) 1:17 CR 90 |
| v. | ) CASE NO. JUDGE BOYKO |
| DARNELL FOSTER, | ) Title 18, Section 2314, United States Code |
| Defendant. | ) |

## COUNT 1

The United States Attorney charges:

From on or about April 27, 2016, through on or about July 24, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, DARNELL FOSTER, and others known and unknown to the United States Attorney, did unlawfully transport, transmit, and transfer in interstate commerce from states outside of the State of Ohio, those being, Illinois, Indiana, Maryland, Michigan, New Jersey, New York, Pennsylvania, South Carolina, and Wisconsin, to Cleveland, Ohio, stolen goods, wares, and merchandise, that is, cellular telephones and electronic devices, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

By: _____
EDWARD F. FERAN, Unit Chief
Major & Organized Crime